## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTIS STEWART,               )
                         )
           Petitioner,   )
vs.                      )
                         )   Case No. 13-cv-1253-DRH-CJP
MARC HODGE,           )
                         )
           Respondent.   )

### ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court on petitioner's Motion for Reconsideration. **(Doc. 34)**. Plaintiff seeks reconsideration of the order denying his Motion to Expand the Record, Doc. 32.

As the Court stated previously, in view of the grounds asserted for habeas relief and the issues raised in the answer, the additional exhibits sought by petitioner are not needed. Petitioner argues that the exhibits sought are public records and that they are relevant, but he makes no attempt to explain how they are relevant.

Petitioner's Motion for Reconsideration **(Doc. 34)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: May 7, 2015.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**