IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTIS STEWART,

    Petitioner,

-vs-

MARCK HODGE,

    Respondent.                    No. 13-cv-1253-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on October 13, 2016 (Doc. 39), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:  s/*Caitlin Fischer*
                                      Deputy Clerk

**DATED:** October 14, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.10.14
09:32:08 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**