IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTIS STEWART,

Petitioner,

                                              No. 13-1253-DRH

MARK HODGE,

Respondent.

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

Pending before the Court is Stewart's motion to proceed in forma pauperis on appeal (Doc. 42) and motion for certificate of appealability (Doc. 43). On October 13, 2016, the Court denied and dismissed Stewart's petition with prejudice and declined to issue a certificate of appealability (Doc. 39). The Clerk of the Court entered judgment (Doc. 40). On November 15, 2016, Stewart filed a notice of appeal and the aforementioned motions. Based on the following, the Court **DENIES** the motion to proceed in forma pauperis on appeal (Doc. 42) and **DENIES as moot** the motion for certificate of appealability.

According to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." *Id*. To determine that an appeal is taken in good faith, the Court "need only find that a reasonable person could suppose that the appeal has some merit." *Walker v.*

*O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000) (citing *Lee v. Clinton*, 209 F.3d 1025, 026 (7th Cir. 2000)). No reasonable person could reach the conclusion that the appeal is taken in good faith as the Court found several of his claims meritless and found several of his claims to be procedurally defaulted.

**IT IS HEREBY ORDERED** that Stewart's motion for leave to proceed in forma pauperis on appeal (Doc. 42) is **DENIED**. Stewart shall tender the appellate filing and docketing fee of $505.00 to the Clerk of the Court in this District within **THIRTY** (30) days of the date of the entry of this Order or he may reapply with the Seventh Circuit Court of Appeals for leave to proceed in forma pauperis on appeal. Lastly, the Court **DENIES as moot** the motion for certificate of appealability (Doc. 43) as the Court previously declined the certificate.

**IT IS SO ORDERED.**

Signed this 15th of November, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.11.15 15:52:46 -06'00'

**United States District Judge**